IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03355-STV

CARA FUNK

                Plaintiff

v.

HARBOR-COLFAX HARRIS, LLC
and ROMANTIX, INC.

                Defendants

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that CARA FUNK Plaintiff and ROMANTIX, INC., Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff requests dismissal of all claims against all Defendants in their entirety and with prejudice.

### STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all Defendants and as to all causes of action with each party to bear its own attorney's fees and costs.

DATED:      May 12, 2022            FOR CARA FUNK, Plaintiff

                                            BY:     */S/   R. Bruce Tharpe*
                                            R. Bruce Tharpe
                                            PO Box 101
                                            Olmito, Texas 78575
                                            (956) 255-5111 - Office
                                            (866) 599-2596 - Fax
                                            Texas State Bar ID No. 19823800

                                                  Colorado State Bar ID No. 54500
                                                  Federal Bar ID 13098

DATED:      May 12, 2022        FOR ROMANTIX, INC.
                                                    BY: */s/ Jeffrey R. Thomas*
                                                    Mr. Jeffrey R. Thomas
                                                    Linden Law Partners, LLC
                                                    3773 Cherry Creek North Dr., Suite 717
                                                    Denver, CO 80209
                                                    (720) 330-2805 – Office